UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| MICHAEL JAMIL COBB, | : | CASE NO. 19-66295-wlh |
| | : | |
| Debtor. | : | |
| | : | |

MOTION REQUESTING ENTRY OF ORDER AUTHORIZING
DEBTOR TO REDEEM PROPERTY

COMES NOW Michael Jamil Cobb ("Debtor"), by and through undersigned counsel, and hereby files this Motion Requesting Entry of Order Authorizing Debtor to Redeem Property" ("Motion"). In support of the Motion, debtor shows the Court as follows:

1. On October 11, 2019, Debtor filed a petition for relief under Chapter 11 of Title 11 of the United States Code. Debtor had two prior bankcuprty cases which were commenced and dismissed within the year. Debtor's prior cases were both initially filed as pro se chapter 13 case.

2. During the pendency of Debtor's second chapter 13 case, he retained counsel and the case was converted to a chapter 11 proceeding. Due to unforeseen issues the Debtor was unable to successfully prosecute the Chapter 11 case and upon motion to the United States Trustee the case was dismissed.

3. Debtor filed this current chapter 11 case on October 11, 2019, and is ready, willing and able to prosecute the case.

4. Debtor owns several properties in Daugherty County, Georgia. The properties are rental properties and the majority of the properties are unencumbered and generate income for the Debtor.

5. There are properties which are encumbered by tax liens and were subject to tax sales including without limitation real property commonly known as 417 Wells Avenue, Albany, Georgia ("Property").

6. The Property was subject to a tax deed dated August 7, 2018 and recorded in the Office of the Clerk of the Superior Court of Doughtery County, Georgia in deed book 4537 pages 307-308.

7. Debtor has received notice that he has through and including October 15, 2019, to redeem the Property for the redemption price which is not specifically stated in the notice received from CF Properties, Group, LLC.

8. Debtor requests entry of an order authorizing Debtor to redeem the Property and Debtor further requests that the redemption price be provided in order for the proper payment to be remitted.

WHEREFORE, Debtor requests entry of an order permitting Debtor to redeem the Property and grant such other and further relief as is deemed appropriate.

Submitted this the 14th day of October, 2019.

> M. DENISE DOTSON, LLC
> /s/
> M. Denise Dotson
> Georgia Bar No. 227230
> PO Box 435
> Avondale Estates, GA 30002
> (404) 210-0166
> denise@mddotsonlaw.com

CERTIFICATE OF SERVICE

    I, M. Denise Dotson, certify that I caused a true and correct copy of the foregoing to be served upon the parties on the matrix attached hereto via first class United States mail in a properly addressed envelope.

    Submitted this 14st day of October, 2019.

                                    M. DENISE DOTSON, LLC

                                    /s/
                                  M. Denise Dotson
                                  Georgia Bar No. 227230
                                  PO Box 435
                                  Avondale Estates, GA 30002
                                  (404) 210-0166
                                  denise@mddotsonlaw.com

```
Label Matrix for local noticing          Albany Code Enforcement              American Express
113E-1                                   240 Pine Ave                         PO Box 650448
Case 19-66295                            Suite 330                            Dallas, TX 75265-0448
Northern District of Georgia             Albany, GA 31701-2560
Atlanta
Mon Oct 14 12:27:12 EDT 2019

American Home Shield                     Atlanta Title Loans                  BSI Financial Services
PO Box 2803                              5349 Riverdale Road                  PO Box 961260
Memphis, TN 38101-2803                   Atlanta, GA 30349-5709               Fort Worth, TX 76161-0260



Bank of Aermica                          Bank of America                      (p)BANK OF AMERICA
POB 982238                               PO Box 962234                        PO BOX 982238
El Paso, TX 79998-2238                   El Paso, TX 79996-2234               EL PASO TX 79998-2238



CT Properties Group, LLC                 Chase Cardmember Svcs                Citibank NA
c/o David Orlowski                       PO Box 1423                          701 East 60th St
PO Box 607                               Charlotte, NC 28201-1423             Sioux Falls, SD 57104-0493
Albany, GA 31702-0607



Michael Jamil Cobb                       Communitiees at Princeton Lake       Communities at Princeton Lake
3711 Ramsey Circle SW                    3811 Redwine Pkwy SW                 3811 Redwine Pkwy SW
Atlanta, GA 30331-5490                   Atlanta, GA 30344                    Atlanta, GA 30344



Discover Bank                            Divine Finney Davis PC               M. Denise Dotson
PO Box 30416                             600 N Jackson St                     M. Denise Dotson, LLC
Salt Lake City, UT 84130-0416            Albany, GA 31701-2310                P.O. Box 435
                                                                              Avondale Estates, GA 30002-0435



Dougherty County                         Dougherty County                     Fed Loan Servicing
240 Pine Ave                             240 Pine Ave                         PO Box 60610
Albany, GA 31701-2560                    PO Box 1827                          Harrisburg, PA 17106-0610
                                         Albany, GA 31702-1827



Freedom Mortgage                         GM Financial                         Internal Revenue Service
PO Box 619063                            PO Box 183593                        P. O. Box 7346
Dallas, TX 75261-9063                    Arlington, TX 76096-3593             Philadelphia, PA 19101-7346



(p)INTERNAL REVENUE SERVICE              Kohl's                               NASA Federal Credit
CENTRALIZED INSOLVENCY OPERATIONS        PO Box 2983                          PO Box 1588
PO BOX 7346                              Milwaukee, WI 53201-2983             Bowie, MD 20717-1588
PHILADELPHIA PA 19101-7346



Nationwide Credit                        Navy Federal Credit                  PRA Receivables Management, LLC
PO Box 14581                             PO Box 3500                          PO Box 41021
Des Moines, IA 50306-3581                Merrifield, VA 22119-3500            Norfolk, VA 23541-1021
```

| | | |
|---|---|---|
| R&L Engineering<br>PO Box 3970<br>Albany, GA 31706-3970 | Ridgeview Institute<br>3995 South Cobb Drive<br>Smyrna, GA 30080-6397 | SPS<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 |
| Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | State Farm<br>PO Box 1171<br>Carol Stream, IL 60132-1171 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank<br>PO Box 965004<br>Orlando, FL 32896-5004 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | US Bank NA<br>c/o McMichael Taylor Gray LLC<br>3550 Engineering Dr Suite 260<br>Norcross, GA 30092-2871 |
| blispay<br>Card Services<br>PO Box 64032<br>Columbus, GA 31908 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Kaiser Permanente<br>PO Box 403055<br>GA 30387 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     1<br>Total                  40 |